**Electronically Filed**
**Supreme Court**
**SCWC-17-0000425**
**16-FEB-2018**
**02:02 PM**

SCWC-17-0000425

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC HOME LOANS
SERVICING, LP, fka COUNTRYWIDE HOME LOANS SERVICING, LP,
Plaintiff/Counterclaim Defendant-Appellee,

vs.

RANDALL M.L. YEE,
SPECIAL ADMINISTRATOR OF THE ESTATE OF CARY THORNTON,
Defendant/Counterclaim Plaintiff/Cross-Claim Defendant-Appellee,

and

CENTRAL PACIFIC BANK, a Hawaiʻi Corporation,
Defendant/Counterclaim Plaintiff/Cross-Claim Plaintiff-Appellee,

and

HAWAII-KAI MARINA HOME OWNERS ASSOCIATION ALSO KNOWN AS HAWAII
KAI MARINA COMMUNITY ASSOCIATION, AND SPINNAKER ISLE ASSOCIATION,
Defendants-Appellees.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-17-0000425; CIV. NO. 12-1-0118)

<u>ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI</u>
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Petitioner-Appellant James Hall's application for writ of certiorari, filed on January 11, 2018, is hereby rejected.

DATED:  Honolulu, Hawaiʻi, February 16, 2018.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

